UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION – LOS ANGELES

MIRANDA LYNN RODRIGUEZ,

    Plaintiff,

vs.

LELAND DUDEK,
Acting Commissioner of Social Security,

    Defendant.

Case No.: 2:24-CV-01119-SHK

**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that attorney fees under EAJA, in the amount of TEN THOUSAND DOLLARS ($10,000.00), are awarded to Plaintiff, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: 4/29/2025

HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE